IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

AYMEN RIBHI ASKER,

      Petitioner,

                              Case No. 5D23-0584

v.                          LT Case No. 05-2014-CF-026788-A

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed  January 27, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Blaise Trettis, Public Defender, and
Michael Mario Pirolo, Chief Assistant
Public Defender, Viera, for Petitioner.

No Appearance for Respondent.


PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

November 2, 2022 judgment and sentence rendered in Case No. 05-2014-

CF-026788-A, in the Circuit Court in and for Brevard County, Florida.  See

Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, C.J., EDWARDS,  and BOATWRIGHT, JJ., concur.